File Hashes for IP Address 50.166.177.236

**ISP:** Comcast Cable
**Physical Location:** Holmdel, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/16/2015 20:08:16 | 3D28CB950412B9D7B44DB3127E36C544F2882BC1 | Good Night Kiss |
| 01/02/2015 17:51:59 | 7B3BD6CB04B4820C3BB3A3716B5B55F02FB89EBF | Cum In Get Wet |
| 09/27/2014 03:10:22 | 04DC185E9471692AFD17E038F9A396397C1C50DC | Sexy and Wild |
| 08/09/2014 03:05:27 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 08/09/2014 02:00:25 | 7FC94986F9541460940B44860D82E98F00FD6E1A | In The Dark |
| 08/09/2014 01:49:09 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 08/09/2014 01:39:22 | 7CB883A141A93B50A6BDB536F4ECDC4AA25C30D1 | Tie Her Up For Me |
| 08/09/2014 01:24:27 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 06/22/2014 21:19:14 | 14D6169A02F26B556F199318D5D88176549E6A3C | Go Down On Me |
| 06/22/2014 20:14:50 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 06/08/2014 23:54:51 | 84ABF3B1B881BF16E463DEE19669223AB87B562F | Sex With Glasses |
| 06/08/2014 23:44:36 | 676D3A4A4F169A41FB7097F347320A6574E601D3 | Dancing Romance |
| 05/12/2014 23:59:28 | E4C30591C47E8AA25BFB0DA50EB90E23CC7A3767 | Catching Up |
| 05/12/2014 23:14:42 | 86853DCF4B739973E7356394C67AF8988D179B15 | Knock On My Door |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

CNJ270